IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT EDWARD BATTAILE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:25-CV-2149-RP-SH |
| | § | |
| CITY OF MANOR, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiffs Robert Edward Battaile, Bobby Reese, and Austin Bocce League's ("Plaintiffs") Complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 15). In her Report and Recommendation, Judge Hightower recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2). (*Id.* at 4). On March 16, 2026, Plaintiff Robert Edward Battaile ("Battaile") filed objections to the Report and Recommendation, (Dkt. 22), after the Court granted his Motion for Extension of Time to File Objections, (Dkt. 18). (Text Order dated March 2, 2026).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b). Because Plaintiff objected to the Report and Recommendation, after having received permission from the Court to do so on or before March 16, 2026, the Court reviews the Report and Recommendation *de novo*. Having done so and for the reasons given in the Report and

1

Recommendation, the Court overrules Plaintiff's objections and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 15), is **ADOPTED**. Plaintiffs' Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**. As such, Plaintiffs' Emergency Omnibus Motion for Temporary Restraining Order for Preservation of Historic, Cultural, and Heritage Properties, (Dkt. 12), as well as Plaintiffs' Emergency Omnibus Motion for TRO and Expedited Evidentiary Hearing Arising from the 2024 Manor Municipal Election, (Dkt. 13), are **MOOT**.

**SIGNED** on March 19, 2026.

 

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2